1  Vanessa R. Waldref
2  United States Attorney
3  Eastern District of Washington
   Richard R. Barker
4  Patrick J. Cashman
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

8              UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF WASHINGTON

10 | UNITED STATES OF AMERICA,         | 2:23-CR-0007-TOR
11 |                                   | INDICTMENT
12 |                  Plaintiff,       |
13 |        v.                         | Vios: 18 U.S.C. §§ 1111, 1153
14 |                                   |      First Degree Murder in Indian
   | STEVEN JOSEPH ZACHERLE,           |      Country
15 |                                   |      (Count 1)
16 |                  Defendant.       |
17 |                                   | 18 U.S.C. § 875(c)
   |                                   | Threats in Interstate Commerce
18 |                                   | (Count 2)
19 |                                   |
20 |                                   | 18 U.S.C. §§ 2261A(2)(B),
   |                                   | 2261(b)(5)
21 |                                   | Cyberstalking
22 |                                   | (Count 3)
23 |                                   |
   |                                   | 18 U.S.C. § 924(d)(1),
24 |                                   | 28 U.S.C. § 2461(c)
25 |                                   | Forfeiture Allegations

26        The Grand Jury charges:

27                         COUNT 1

28        On or about October 18, 2022, in the Eastern District of Washington, within

the external boundaries of the Confederated Tribes of the Colville Reservation, in

INDICTMENT – 1

Indian country, the Defendant, STEVEN JOSEPH ZACHERLE, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill D.B., by striking him in the head and fracturing his skull, all in violation of 18 U.S.C. §§ 1111, 1153.

## COUNT 2

On or about October 18, 2022, in the Eastern District of Washington and elsewhere, the Defendant, STEVEN JOSEPH ZACHERLE, knowingly and willfully transmitted in interstate commerce electronic communications containing a threat to injure the person of another, to wit: the Defendant, STEVEN JOSEPH ZACHERLE, transmitted text messages and made telephone calls to Victim 1, threatening, "I will kill people" and I "am going to kill someone," all in violation of 18 U.S.C. § 875(c).

## COUNT 3

On or about October 18, 2022, in the Eastern District of Washington, the Defendant, STEVEN JOSEPH ZACHERLE, with the intent to injure and intimidate Victim 1, used an electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1, all in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 1111, 1153, and/or 18 U.S.C. 875(c), as set forth in this Indictment, the Defendant, STEVEN JOSEPH ZACHERLE, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

INDICTMENT – 2

1    If any of the property described above, as a result of any act or omission of

2 the Defendant:

3       a.    cannot be located upon the exercise of due diligence;

4       b.    has been transferred or sold to, or deposited with, a third party;

5       c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

6       e.    has been commingled with other property which cannot be divided

7             without difficulty,

8

9 the United States of America shall be entitled to forfeiture of substitute property

10 pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

11    DATED this _10_ day of January 2023.

12

13

14

15

16

17 

18 Vanessa R. Waldref
   United States Attorney

19

20

21

22 Richard R. Barker
   Assistant United States Attorney

23

24

25 Patrick J. Cashman
   Assistant United States Attorney

26

27

28

INDICTMENT – 3